| | |
|---|---|
| DEFENDANT: | DANIEL GARCIA |
| AGE or YOB: | 1988 |
| COMPLAINT FILED? | _____ Yes   X_____ No<br><br>If Yes, MAGISTRATE CASE NUMBER |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | __ Yes   x__ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1: Possession of a Firearm/Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1). |
| LOCATION OF OFFENSE: | Pueblo County, Colorado |
| PENALTY: | Count 1: NMT 10 years imprisonment, $250,000 fine, or both; NMT 3 years supervised release; $100 Special Assessment; if the sentencing enhancement in 18 U.S.C. § 924(e) applies, then NLT 15 years imprisonment, NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment. |
| AGENT: | Greg Egan<br>TFO, Bureau of Alcohol, Tobacco, Firearms, and Explosives |
| AUTHORIZED BY: | Daniel R. McIntyre<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

X__ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention **is not** applicable to this defendant.