AO 442 (Rev. 11/11) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2021 AUG -3 AM 10: 33

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

| United States of America | ) |
| v. | ) |
| DANIEL GARCIA | ) Case No. 21-cr-251-CMA |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DANIEL GARCIA,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) – Felon-in-Possession of a Firearm


Date:   07/29/2021                                         s/ A. Garcia Garcia - Deputy Clerk
                                                                            *Issuing officer's signature*

City and state:   Denver, Colorado                     Jeffrey P. Colwell - Clerk of Court
                                                                            *Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 8-2-21, and the person was arrested on *(date)* 8-3-21
at *(city and state)* Pueblo, CO

Date: 8-3-21

*Arresting officer's signature*

Greg Egan   ATF TFO
*Printed name and title*