IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    DANIEL ANTHONY GARCIA,

    Defendant.

## NOTICE OF RELATED CASE

    The United States of America, by and through the undersigned Assistant United States Attorney, files its Notice of Related Case pursuant to Rule 50.1(c)(3) of the Local Rules of Practice. As grounds therefor:

    1.    This case is related to Case Number 16-cr-00098-CMA. The defendant is currently on supervised release in that case as ordered by this Court, and a petition alleging a violation of that supervised release has been filed.

    2.    An indictment against the defendant is presently pending in this this case charging a felony offense and involving only one defendant (i.e. Mr. Garcia).

    3.    Both matters are presently assigned to this Court so no action is being requested at this time.

Dated this 4th day of August, 2021.

        Respectfully submitted,

        MATTHEW T. KIRSCH
        Acting United States Attorney

By:   *s/ Daniel McIntyre*
       DANIEL McINTYRE
       Assistant U.S. Attorney
       U.S. Attorney's Office
       1801 California St., Ste. 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax:  303-454-0406
       E-mail:  Daniel.McIntyre@usdoj.gov
       *Attorney for the Government*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2021, I electronically filed the foregoing **NOTICE OF RELATED CASE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

                                      By:  s/ *Ian McCandless*
                                                Legal Assistant