IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00251-CMA

UNITED STATES OF AMERICA

       Plaintiff,

v.

1.  DANIEL GARCIA,

       Defendant.

---

**NOTICE OF DISPOSITION**

---

COMES NOW Defendant Daniel Garcia ("Mr. Garcia"), through counsel Lynn Pierce and notifies the Court that Mr. Garcia and the government have reached a disposition in this matter.  Mr. Garcia requests a change of plea hearing on a date to be cleared by the parties.

RESPECTFULLY SUBMITTED this 19th day of August 2021.

BUTLER, LANDRUM & PIERCE, P.C.

*/s/ Lynn A. Pierce*
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of August, 2021, I served a copy of the foregoing via CM/ECF on all interested parties.

/s/ Lynn Pierce