IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 21-cr-00251-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

1.    DANIEL GARCIA,

        Defendant.

___

**ENTRY OF APPEARANCE OF COUNSEL**

___

    To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 14th day of September, 2021.

                              MATTHEW T. KIRSCH
                              Acting United States Attorney

    BY:    *s/ Valeria Spencer*
               Assistant United States Attorney
               U.S. Attorney's Office
               1801 California Street, Suite 1600
               Denver, Colorado 80202
               Phone: (303) 454-0100
               Fax: (303) 454-0401
               Email: Valeria.Spencer@usdoj.gov
               Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of September, 2021, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                              *s/ Ian McCandless*
                              Legal Assistant
                              U.S. Attorney's Office