IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00251-CMA

UNITED STATES OF AMERICA

       Plaintiff,

v.

1.  DANIEL GARCIA,

       Defendant.

## RESPONSE TO PRE-SENTENCE INVESTIGATION REPORT

COMES NOW, Defendant Daniel Garcia, through counsel Lynn Pierce pursuant to FED. R. CRIM. P. 32(f) and submits the following Response to the Presentence Investigation Report [Doc. No. 22] as follows:

**I.   INTRODUCTION**

On September 14, 2021, Mr. Garcia pled guilty to the sole count of the Indictment, pursuant to the Plea Agreement [Document 19], to Possession of a Firearm and Ammunition by a Prohibited Person, in violation of 18 U.S.C. § 922(g)(1).

**II.   OBJECTIONS NOT AFFECTING GUIDELINE LEVEL**

None.

**III.   OBJECTIONS AFFECTING GUIDELINE LEVEL**

None.

RESPECTFULLY SUBMITTED this 2nd day of December 2021.

        BUTLER, LANDRUM & PIERCE, P.C.

        **/s/ Lynn A. Pierce**
Lynn A. Pierce #18953
720 Kipling Street, Suite 201
Lakewood, CO  80215
(303) 232-3888
lpierce.blp@comcast.net
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2021, I served a copy of the foregoing via CM/ECF on all interested parties.

/s/ Lynn Pierce