IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00251-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. **DANIEL GARCIA,**

        Defendant.

---

### ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

        I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

    DATED at Denver, Colorado this 14th day of December 2021.

                                COLE FINEGAN
                                United States Attorney

                By:    s/ *Albert Buchman*
                                ALBERT BUCHMAN
                                Assistant United States Attorney
                                United States Attorney's Office
                                1801 California Street, Suite 1600
                                Denver, Colorado 80202
                                Telephone: 303-454-0100
                                Fax: 303-454-0405
                                Email: Al.Buchman@usdoj.gov
                                Attorney for the Government

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of December 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

By: *s/ Brenda L. Lozano*
BRENDA L. LOZANO
Legal Assistant
United States Attorney's Office