| U.S. Department of Justice<br>Bureau of Alcohol, Tobacco, Firearms and Explosives | **Report of Investigation** | |
|---|---|---|
| Title of Investigation:<br>GARCIA, Daniel 922(g)(1) | Investigation Number:<br>788025-21-0038 | Report Number:<br>1 |

## SUMMARY OF EVENT:

On 05/13/2021 at approximately 1420 hours, United States Probation Officer's J. Nelson and R. Haberman responded to 214 Jackson St., located in Pueblo, Pueblo County, CO to conduct a home contact of Daniel GARCIA (███████████). GARCIA was contacted exiting a vehicle upon the PO's arrival. During the contact, a Taurus G2C, 9mm pistol was discovered under the front driver's seat. GARCIA admitted the firearm belonged to him and he had possession of it for approximately thirty (30) days. Pueblo Police Officer's were called and arrived at the scene. GARCIA was taken into custody without incident and booked into Pueblo County Jail for Possession of Weapon by Previous Offender as well as a Colorado Parole Violation.

## NARRATIVE:

1. On May 13th, 2021 at approximately 1420 hours, United States Probation Officer's Joel Nelson and Rob Haberman responded to 214 Jackson St., Pueblo, CO on a "home contact" of Daniel GARCIA (███████████). GARCIA is a two (2) time previously convicted felon from the state of Colorado as well as a previously convicted Federal felon out of the District of Colorado. GARCIA is currently on both Colorado Parole and US Probation from his most recent case(s).

2. As USPO's Nelson and Haberman arrived in the area of GARCIA's address of record, USPO's drove through the alleyway due to past contacts with GARCIA near an unattached garage on the property. As the USPO's approached the residence, USPO Nelson observed GARCIA standing outside the passenger side door of an automobile while bending into the vehicle through an open door. The USPO's exited their vehicle and made verbal contact with GARCIA. GARCIA immediately closed the door to the car he was standing next to and leaning into. USPO Nelson and GARCIA engaged in conversation while standing at the front of the vehicle. GARCIA informed the USPO's that he and his mother were in the process of moving due to the landlord being upset about their dog as well as too many people living in the residence that were not on the lease.

3. As USPO Nelson was speaking with GARCIA, USPO Haberman looked into the vehicle through the front passenger window. The window was partially rolled down. USPO Haberman observed a water bong/pipe with what appeared to have a green leafy substance within it. GARCIA would admit to the USPO's that the pipe belonged to him and that GARCIA was smoking marijuana at the time of the

| Prepared by:<br>Greg D. Egan | Title:<br>Task Force Officer, Colorado Springs Field Office | Signature:<br>GREG EGAN (Affiliate) | Date:<br>Digitally signed by GREG EGAN<br>Date: 2021.06.01 14:04:19 -06'00' |
|---|---|---|---|
| Authorized by:<br>Brandon M. Garcia | Title:<br>Resident Agent in Charge, Colorado Springs Field Office | Signature:<br>BRANDON GARCIA | Date:<br>Digitally signed by BRANDON GARCIA<br>Date: 2021.06.01 14:20:59 -06'00' |
| Second level reviewer (optional):<br>David S. Booth | Title:<br>Special Agent in Charge, Denver Field Division | Signature: | Date: |


GOVERNMENT EXHIBIT
Exhibit 1

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

| Title of Investigation:<br>GARCIA, Daniel 922(g)(1) | Investigation Number:<br>788025-21-0038 | Report Number:<br>1 |
|---|---|---|

USPO's arrival. USPO Nelson asked GARCIA if there was anything else inside the car to include methamphetamine that would be a violation of GARCIA's supervision. GARCIA told USPO Nelson that there was nothing else.

4. USPO Nelson asked GARCIA for consent to search the vehicle by specifically saying, "You don't mind if I take a look to make sure." GARCIA replied to USPO Nelson, "No, go ahead." USPO Nelson opened the driver door of the and checked the driver's compartment area. As USPO Nelson looked under the driver seat, USPO Nelson observed the grip of a handgun with a magazine inserted into it. USPO Nelson pulled the firearm out from under the seat and confirmed the firearm was not a BB gun. USPO Nelson observed the firearm to have a serial number on the slide along with "9mm" stamped on it. USPO Nelson informed USPO Haberman of his findings and USPO Haberman notified the Pueblo Police Department (PPD) for patrol assistance.

5. As the USPO's were waiting the arrival of the PPD, USPO Nelson reported that GARCIA began to cry and apologize to USPO Nelson. USPO Nelson informed GARCIA that they had located the firearm under the seat and asked if he would like to speak about it. GARCIA admitted to USPO Nelson the firearm did belong to him and GARCIA said he has had the firearm for approximately thirty (30) days. GARCIA told the USPO's that he needed the firearm for protection. GARCIA said he is a gang member and has been shot at because of his gang life.

6. PPD Patrol Officer's arrived on scene. Upon PPD arrival, USPO Nelson informed PPD Cpl. Hartman of the case at hand. Cpl. Hartman walked over to the 2000 Mitsubishi Montero and looked into the car from the driver side. Cpl. Hartman observed the firearm that USPO Nelson had located laying on the floorboard. Cpl. Hartman described the firearm as a Taurus G2C, 9mm pistol, bearing s/n ABB276336. The magazine was removed from the firearm and found to have three (3) live rounds in it. There was not a round in the chamber. The firearm was collected by PPD Cpl. Hartman and later tagged in as evidence to the PPD CR# 21-8882.

7. A criminal history check was completed on GARCIA and found that GARCIA is a two (2) time state and one (1) time Federal previously convicted felon:

    a. 16-CR-00098-CMA, 18USC922(g)(1) and 924(a)(2), Guilty 2/1/17, 37months BOP
    b. 2008CR000144, Vehicular Eluding, Guilty 5/22/08, 2yr DOC
    c. 2016CR000125, Burglary 2-of Dwelling, Guilty 12/6/15, 5yr DOC count 8, 4yr DOC count 9

Attachment: NCIC Criminal History for Daniel GARCIA