**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 21-cr-00251-CMA

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    DANIEL GARCIA,

       Defendant.

---

**ENTRY OF APPEARANCE OF FORFEITURE COUNSEL**

---

To:      The clerk of court and all parties of record

      I hereby certify that I am a member in good standing of the bar of this

court, and I appear in this case as counsel for the United States of America.

      DATED at Denver, Colorado this 30th day of December 2021.

                    COLE FINEGAN
                    United States Attorney

                    s/ *Laura B. Hurd*
                    Laura B. Hurd
                    Assistant United States Attorney
                    United States Attorney's Office
                    1801 California Street, Suite 1600
                    Denver, Colorado 80202
                    Telephone: 303-454-0100
                    Fax: 303-454-0405
                    Email: laura.hurd@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

s/ *Sheri Gidan*
FSA Records Examiner
Office of the U.S. Attorney