IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL GARCIA,

       Defendant.
_____

**UNITED STATES' MOTION FOR PRELIMINARY ORDER OF FORFEITURE**
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2(b)(2), and moves this Court to enter, before sentencing, a Preliminary Order of Forfeiture.

In support, the United States sets forth the following:

1. On July 29, 2021, an Indictment was filed charging Defendant Daniel Garcia in Count One with possession of a firearm and ammunition by a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, a violation of 18 U.S.C. § 922(g)(1). (Doc. 1).

2. The Indictment also sought forfeiture from Defendant Daniel Garcia, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, of all firearms and ammunition involved in the commission of the offense, including (1) a Taurus, Model PT111G2A, 9mm pistol, with serial number ABB276336; and (2) all ammunition recovered by law enforcement during this investigation. (Doc. 1 at 2).

3. On September 14, 2021, the United States and Defendant Daniel Garcia entered into a Plea Agreement. The Plea Agreement provided that Defendant Daniel Garcia would plead guilty to Count One of the Indictment, charging a violation of 18 U.S.C. § 922(g)(1).  The Defendant also agreed to forfeit (1) a Taurus, Model PT111G2A, 9mm pistol, with serial number ABB276336; and (2) all ammunition recovered by law enforcement during the investigation, pursuant to 18 U.S.C. § 924(d)) and 28 U.S.C. § 2461(c).  (Doc. 19).

4. Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the Court shall order criminal forfeiture of all firearms and ammunition involved in the commission of a violation of 18 U.S.C. § 922(g)(1).

5. Pursuant to Fed. R. Crim. P. 32.2(b)(1)(A), the Court must determine what property is subject to forfeiture as soon as practicable after a plea of guilty.   The Court's determination may be based on any plea agreement, any other evidence already in the record, and any other additional evidence submitted by the parties that the Court deems relevant and reliable. Fed. R. Crim. P. 32.2(b)(1)(B).

6. Once the property is determined to be subject to forfeiture, the Court must promptly enter a Preliminary Order of Forfeiture.  Fed. R. Crim. P. 32.2(b)(2)(A).

7. It is mandatory that the Preliminary Order of Forfeiture is entered "sufficiently in advance of sentencing to allow the parties to suggest revisions or modifications before the order becomes final as to the defendant." Fed. R. Crim. P. 32.2(b)(2)(B).

8. As set forth in the Plea Agreement, U.S. Probation Officers searched Defendant Daniel Garcia's vehicle on May 13, 2021 and recovered a loaded handgun

under the driver's seat.  The Defendant admitted the firearm belonged to him and stated that he needed it for protection.  Prior to May 13, 2021, Defendant Daniel Garcia had been convicted of felony offenses for which he was sentenced to more than one year imprisonment. (Doc. 19 at 5).  Accordingly, Daniel Garcia's interest in the (1) a Taurus, Model PT111G2A, 9mm pistol, with serial number ABB276336; and (2) all ammunition recovered by law enforcement during the investigation is subject to forfeiture to the United States pursuant 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

9.      A Preliminary Order of Forfeiture is necessary in order for the United States to seize the property subject to forfeiture.  In addition, 21 U.S.C. § 853(n) requires that third parties who may have an interest in the property receive notice, via publication, or to the extent practical, direct written notice, of the forfeiture and the United States' intent to dispose of the property. The United States cannot accomplish the seizure, notice, and publication without a Preliminary Order of Forfeiture.

WHEREFORE, the United States respectfully requests that the Court enter the Preliminary Order of Forfeiture tendered herewith for the reasons set forth above.

DATED this 30th day of December 2021.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By:     s/ Laura B. Hurd_____
Laura B. Hurd
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: Laura.Hurd@usdoj.gov
*Attorney for the United States*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of December 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notice to all counsel of record.

      s/Sheri Gidan
      FSA Records Examiner
      Office of the U.S. Attorney