IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  21-cr-00251-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL GARCIA,

    Defendant.

_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461, and Fed. R. Crim. P. 32.2(b)(2).  The Court having read said Motion and being fully advised in the premises finds:

- on September 14, 2021, the United States and Defendant Daniel Garcia entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);
- the requisite nexus exists between the Taurus, Model PT111G2A, 9mm pistol, with serial number ABB276336, and all ammunition recovered by law enforcement during the investigation and Count One, a violation of 18 U.S.C. § 922(g)(1), to which Defendant Daniel Garcia has pleaded guilty; and
- prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is ORDERED, DECREED and ADJUDGED that:

- Defendant Daniel Garcia's interest in the Taurus, Model PT111G2A, 9mm pistol, with serial number ABB276336, and all ammunition recovered by law enforcement during the investigation, is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

- pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

- the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

- the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n), via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

- upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in which all interests will be addressed;

- the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings. Fed. R. Crim. P. 32.2(c)(1); and

- this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

3

SO ORDERED this \_\_\_\_ day of _____, 2021.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

Case 1:21-cr-00251-CMA   Document 30-1   Filed 12/30/21   USDC Colorado   Page 3 of 3