IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00251-CMA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     DANIEL GARCIA,

        Defendant.

_____

### UNITED STATES' NOTICE TO COURT REGARDING FORFEITURE
_____

COMES NOW the United States of America, by and through United States Attorney Cole Finegan and Assistant United States Attorney Laura B. Hurd, and hereby gives notice to the Court that it will not seek a final criminal order of forfeiture for the assets listed in the Preliminary Order of Forfeiture (Doc. 31), because they will remain in the custody of the state and local authorities.

DATED this 18th day of March 2022.

                                              Respectfully submitted,

                                              COLE FINEGAN
                                              United States Attorney

By:    s/ *Laura B. Hurd*
        Laura B. Hurd
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: laura.hurd@usdoj.gov
        *Attorney for the United States*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 18th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notice to all parties of record.

                s/ Sheri Gidan
                FSA Records Examiner
                Office of the U.S. Attorney